**Fill in this information to identify the case:**

Debtor 1   Darla J. Heintz

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the  District of MARYLAND

Case number 19-14389

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** MTGLQ INVESTORS, L.P.    **Court claim no**. (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 5922

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

|    | Description | Date Incurred | | Amount |
|----|-------------|---------------|---|--------|
| 1  | Late Charges |  | (1) | $0.00 |
| 2  | Non-sufficient funds (NSF) fees |  | (2) | $0.00 |
| 3  | Attorneys fees |  | (3) | $0.00 |
| 4  | Filing fee and court costs |  | (4) | $0.00 |
| 5  | Bankruptcy/Proof of claim fees | 06/10/2019 | (5) | $300.00 |
| 6  | Appraisal/Broker's Price opinion fees |  | (6) | $0.00 |
| 7  | Property inspection fees |  | (7) | $0.00 |
| 8  | Tax Advances (non-escrow) |  | (8) | $0.00 |
| 9  | Insurance advances (non-escrow) |  | (9) | $0.00 |
| 10 | Property preservation expenses |  | (10) | $0.00 |
| 11 | Other. Specify: POC 410A | 06/10/2019 | (11) | $250.00 |
| 12 | Other. Specify: Plan Review | 04/11/2019 | (12) | $350.00 |
| 13 | Other. Specify: |  | (13) | $0.00 |
| 14 | Other. Specify: |  | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

**Part 2:**     **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗     <u>/s/ Erin Elam</u>     Date     <u>08/26/2019</u>
     Signature

Print     <u>Erin</u>                    <u>Elam</u>     Title     <u>Bankruptcy Attorney</u>
          First Name     Middle Name     Last Name

Company     <u>RAS Crane, LLC</u>

Address     <u>10700 Abbott's Bridge Road, Suite 170</u>
             Number     Street

             <u>Duluth, GA 30097</u>
             City             State     ZIP Code

Contact Phone     <u>470-321-7112</u>     Email     <u>eelam@rascrane.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on __**August 27, 2019**_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Jeffrey M. Sirody
Jeffrey M. Sirody and Associates, P.A.
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208

Darla J. Heintz
1522 Ivy Woods Lane
Westminster, MD 21158

Robert S. Thomas, II
300 E Joppa Road, Suite 409
Towson, MD 21286

                                        RAS Crane, LLC
                                        Authorized Agent for Secured Creditor
                                        10700 Abbott's Bridge Road, Suite 170
                                        Duluth, GA 30097
                                        Telephone: 470-321-7112
                                        Facsimile: 404-393-1425

                                        By: **/s/Nickele Stone**_____
                                              Nickele Stone
                                              nstone@rascrane.com